UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JILLIAN IZZIO and HEATHER ZOELLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY GOLF PARTNERS MANAGEMENT, L.P.,<br><br>Defendant. | Case No.: 3:14-cv-03194-P |
| KARA ASHBY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY GOLF PARTNERS MANAGEMENT, L.P. dba ARNOLD PALMER GOLF MANAGEMENT,<br><br>Defendant. | Case No.: 3:15-CV-00861-P |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF COLLECTIVE AND CLASS ACTION**

**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

TO: THE HONORABLE JORGE A. SOLIS,
    UNITED STATES DISTRICT JUDGE:

Plaintiffs Jillian Izzio, Heather Zoeller and Kara Ashby respectfully request that the Court: (a) grant preliminary approval of the parties' Settlement Agreement and Release finalized March 5, 2015, and filed herewith[1]; and (b) approve the form of notice to be given to the 513 members of the class.  This Motion is unopposed based on the Settlement Agreement and Release.

Dated:   June 4, 2015                                    Respectfully submitted,

**LAW OFFICES OF KENNETH M. STILLMAN**

By: */s/ Kenneth M. Stillman*
    KENNETH M. STILLMAN
    12700 Park Central Drive Suite 1900
    Dallas, Texas 75251
    Telephone:       (214) 522-0633
    Telecopier:      (214) 526-0849
    Email:           kstill53@gmail.com
    Texas Bar No.:   19240500

**FARUQI & FARUQI, LLP**

By: */s/ Adam Gonnelli*
     Adam Gonnelli (admitted *pro hac vice*)
     369 Lexington Avenue, 10th Floor
     New York, NY 10017
     Telephone: (212) 983-9330
     Facsimile:  (212) 983-9331
     Email: agonnelli@faruqilaw.com

---

[1] The Settlement Agreement and Release has been separately filed herewith as Exhibit A to the Declaration of Adam Gonnelli in Support of Joint Motion for Preliminary Approval of Settlement of Collective and Class Action.

**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

**MUSCATO, DiMILLO & VONA, LLP**

By: /s/ P. Andrew Vona
    P. Andrew Vona
    Brian J. Hutchison
    107 East Avenue
    Lockport, NY 14094
    Telephone: (716) 434-9177
    Facsimile: (716) 434-9196
    Email: pavesq@aol.com
    Email: bjhesq@gmail.com

*Attorneys for Plaintiffs*

**LITTLER MENDELSON, P.C.**
By: /s/ Craig R. Benson
    Craig R. Benson (admitted *pro hac vice*)
    900 Third Avenue
    New York, NY 10022
    (212) 583-9600
    cbenson@littler.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2015, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.

                                              */s/ Adam Gonnelli*
                                                Adam Gonnelli