UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JILLIAN IZZIO and HEATHER ZOELLER, on behalf of themselves and all others similarly situated,<br><br>                 Plaintiffs,<br><br>    v.<br><br>CENTURY GOLF PARTNERS MANAGEMENT, L.P.,<br><br>                 Defendant. | Case No.: 3:14-cv-03194-P |
| KARA ASHBY, on behalf of herself and all others similarly situated,<br><br>                 Plaintiff,<br><br>    v.<br><br>CENTURY GOLF PARTNERS MANAGEMENT, L.P. dba ARNOLD PALMER GOLF MANAGEMENT,<br><br>                 Defendant. | Case No.: 3:15-CV-00861-P |

**PLAINTIFFS' MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASSES,
AND FINAL APPROVAL OF THE PROPOSED SETTLEMENT**

TO: THE HONORABLE JORGE A. SOLIS,
    UNITED STATES DISTRICT JUDGE:

Plaintiffs Jillian Izzio, Heather Zoeller and Kara Ashby respectfully request that the Court grant an order: (1) certifying the settlement classes and; (2) granting final approval of the proposed Settlement.

Dated:   March 9, 2016

Respectfully submitted,

**LAW OFFICES OF KENNETH M. STILLMAN**

By: */s/ Kenneth M. Stillman*
    KENNETH M. STILLMAN
    12700 Park Central Drive Suite 1900
    Dallas, Texas 75251
    Telephone:        (214) 522-0633
    Telecopier:        (214) 526-0849
    Email:             kstill53@gmail.com
    Texas Bar No.:     19240500

**FARUQI & FARUQI, LLP**

By: */s/ Adam Gonnelli*
    Adam Gonnelli (admitted *pro hac vice*)
    685 Third Avenue, 26th Floor
    New York, NY 10017
    Telephone: (212) 983-9330
    Facsimile:  (212) 983-9331
    Email: agonnelli@faruqilaw.com

**MUSCATO, DiMILLO & VONA, LLP**

By: */s/ P. Andrew Vona*
    P. Andrew Vona
    Brian J. Hutchison
    107 East Avenue
    Lockport, NY 14094
    Telephone: (716) 434-9177
    Facsimile: (716) 434-9196
    Email: pavesq@aol.com
    Email: bjhesq@gmail.com

*Attorneys for Plaintiffs*