## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JILLIAN IZZIO and HEATHER ZOELLER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CENTURY GOLF PARTNERS MANAGEMENT, L.P., <br><br> Defendant. | Case No.: 3:14-cv-03194-P |
| KARA ASHBY, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CENTURY GOLF PARTNERS MANAGEMENT, L.P. dba ARNOLD PALMER GOLF MANAGEMENT, <br><br> Defendant. | Case No.: 3:15-CV-00861-P |

**PLAINTIFFS' MOTION FOR APPROVAL OF SERVICE AWARDS, ATTORNEYS' FEES AND EXPENSES**

TO: THE HONORABLE JORGE A. SOLIS,
     UNITED STATES DISTRICT JUDGE:

Plaintiffs Jillian Izzio, Heather Zoeller and Kara Ashby ("Plaintiffs") respectfully request that the Court grant approval of Plaintiffs' Motion for Service Awards, Attorneys' Fees and Expenses.

Dated:   March 9, 2016                                    Respectfully submitted,

**LAW OFFICES OF KENNETH M. STILLMAN**

By:  */s/ Kenneth M. Stillman*
       KENNETH M. STILLMAN
       12700 Park Central Drive Suite 1900
       Dallas, Texas 75251
       Telephone:        (214) 522-0633
       Telecopier:       (214) 526-0849
       Email:            kstill53@gmail.com
       Texas Bar No.:    19240500

**FARUQI & FARUQI, LLP**

By:  */s/ Adam Gonnelli*
       Adam Gonnelli (admitted *pro hac vice*)
       685 Third Avenue, 26th Floor
       New York, NY 10017
       Telephone: (212) 983-9330
       Facsimile:  (212) 983-9331
       Email: agonnelli@faruqilaw.com

**MUSCATO, DiMILLO & VONA, LLP**

By:  */s/ P. Andrew Vona*
       P. Andrew Vona
       Brian J. Hutchison
       107 East Avenue
       Lockport, NY 14094
       Telephone: (716) 434-9177
       Facsimile: (716) 434-9196
       Email: pavesq@aol.com
       Email: bjhesq@gmail.com

*Attorneys for Plaintiffs*