UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JILLIAN IZZIO and HEATHER ZOELLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY GOLF PARTNERS MANAGEMENT, L.P.,<br><br>Defendant. | Case No.: 3:14-cv-03194-P |
| KARA ASHBY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY GOLF PARTNERS MANAGEMENT, L.P. dba ARNOLD PALMER GOLF MANAGEMENT,<br><br>Defendant. | Case No.: 3:15-CV-00861-P |

**ORDER GRANTING CERTIFICATION OF THE SETTLEMENT CLASSES AND FINAL APPROVAL OF THE PROPOSED SETTLEMENT**

**WHEREAS**, the parties in this action have reached a settlement;

**WHEREAS**, on October 20, 2015, the Court granted preliminary approval of the proposed Settlement and authorized Notice;

**WHEREAS**, Court-approved Notice was mailed to 435 Class Members on December 4, 2015;

**WHEREAS**, the plaintiffs have moved for final approval of the Settlement and certification of the Settlement Classes;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED,**

1. The settlement classes are hereby certified.

2. The settlement is hereby approved in all respects.

3. The parties are instructed to take steps necessary to implement the terms of the Settlement Agreement and Release.

4. The Court shall retain jurisdiction for purposes of the execution of the Settlement Agreement and Release and overseeing the distribution of settlement funds. The parties shall abide by all terms of the Settlement Agreement, which are incorporated herein, and this Order.

SO ORDERED.

SIGNED: March 16th, 2016

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE