## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JILLIAN IZZIO and HEATHER ZOELLER, on behalf of themselves and all others similarly situated, | Case No.: 3:14-cv-03194-P |
| Plaintiffs, | |
| v. | |
| CENTURY GOLF PARTNERS MANAGEMENT, L.P., | |
| Defendant. | |
| KARA ASHBY, on behalf of herself and all others similarly situated, | Case No.: 3:15-CV-00861-P |
| Plaintiff, | |
| v. | |
| CENTURY GOLF PARTNERS MANAGEMENT, L.P. dba ARNOLD PALMER GOLF MANAGEMENT, | |
| Defendant. | |

## ORDER GRANTING APPROVAL OF SERVICE AWARDS, ATTORNEYS' FEES AND EXPENSES

**WHEREAS,** the parties in this action have reached a settlement;

**WHEREAS,** on October 20, 2015, the Court granted preliminary approval of the proposed Settlement and authorized Notice;

**WHEREAS,** Court-approved Notice was mailed to 435 Class Members on December 4, 2015;

**WHEREAS,** the Court has granted certification of the Settlement Classes and final approval of the proposed Settlement;

**WHEREAS**, the plaintiffs have moved for Court approval of service awards, attorneys' fees and expenses;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED,**

1.    The request for service awards is granted in the following amounts:

| | |
|---|---|
| Diane Gulla | [$10,000.00] |
| Daniel Howard | [$5,000.00] |
| Sara Owczarzak | [$5,000.00] |
| Derik Kane | [$5,000.00] |
| Michael Overdorf | [$5,000.00] |
| Kara Harris (neé Ashby) | [$3,000.00] |
| Jillian Izzio | [$3,000.00] |
| Heather Zoeller | [$3,000.00] |

2.    Plaintiffs' Counsel's request for fees is granted in the amount of $ 396,000.00.

3.    Plaintiffs' Counsel's request for reimbursement of expenses is granted in the amount of $ 13,988.83 .

SO ORDERED.

SIGNED: _March 16th_, 2016

_Jorge A. Solis_
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

2