IN THE UNITED STATES DISTRIC COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JILLIAN IZZIO and HEATHER ZOELLER, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>VS.<br><br>CENTURY GOLF PARTNERS MANAGEMENT, L.P.<br><br>Defendant. | § § § § § § § § § § § § § | Civil Action No. 3:14-cv-03194-M<br><br>(Consolidated with:<br>Civil Action No. 3:15-cv-00861-M) |

## SUPPLEMENTAL ALTERNATIVE DISPUTE RESOLUTION SUMMARY

Plaintiffs and Defendant, with the assistance of the mediator, are working on a revised class settlement proposal that can be presented to court for approval. Additional time is required to finalize the revised class settlement proposal and to confer with Objectors about the proposal. The mediator will file a supplemental ADR report in 30 days.

DATED: November 29, 2017.

/s/ Jeff Kaplan
Hon. Jeff Kaplan (Ret.)
Mediator

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2017, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.

*Judy Stephenson*
Judy Stephenson, Case Manager