IN THE UNITED STATES DISTRIC COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JILLIAN IZZIO and HEATHER ZOELLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>CENTURY GOLF PARTNERS MANAGEMENT, L.P.<br><br>Defendant. | § § § § § § § § § § § § § | Civil Action No. 3:14-cv-03194-M<br><br>(Consolidated with:<br>Civil Action No. 3:15-cv-00861-M) |

## SECOND SUPPLEMENTAL ALTERNATIVE DISPUTE RESOLUTION SUMMARY

Plaintiffs and Defendant Century Golf Partners Management, L.P., with the assistance of the mediator, have reached a new settlement on behalf of the putative class. An appropriate motion seeking court approval of the new settlement will be filed shortly. Objectors oppose the new settlement.

DATED: January 2, 2018.

/s/ Jeff Kaplan
Hon. Jeff Kaplan (Ret.)
Mediator

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January 2018, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.

*Judy Stephenson*
Judy Stephenson, Case Manager