UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JILLIAN IZZIO and HEATHER ZOELLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY GOLF PARTNERS MANAGEMENT, L.P.,<br><br>Defendant. | Case No.: 3:14-cv-03194-P |

**PLAINTIFFS' MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASSES, APPROVAL OF THE ENHANCED SETTLEMENT, AND AWARD OF ATTORNEYS' FEES AND EXPENSES**

TO:  THE HONORABLE BARBARA M. G. LYNN,
      UNITED STATES DISTRICT JUDGE

Plaintiffs Jillian Izzio, Heather Zoeller, and Kara Ashby respectfully request that the Court issue an Order: (i) certifying the settlement classes; (ii) granting final approval of the proposed enhanced settlement; (iii) approving the proposed Service Payments; and (iv) granting final approval their request for an award of reasonable attorneys' fees and expenses.

Dated:  May 1, 2018                                Respectfully submitted,

                                                   **LAW OFFICES OF KENNETH M. STILLMAN**

                                                   By:  */s/ Kenneth M. Stillman*
                                                          KENNETH M. STILLMAN
                                                          12700 Park Central Drive Suite 1900
                                                          Dallas, Texas 75251
                                                          Telephone: (214) 522-0633
                                                          Telecopier: (214) 526-0849
                                                          Email: kstill53@gmail.com
                                                          Texas Bar No.:   19240500

1

**FARUQI & FARUQI, LLP**

By: */s/ Innessa M. Huot*
 Innessa Melamed Huot (admitted *pro hac vice*)
 685 Third Avenue, 26th Floor
 New York, NY 10017
 Telephone: (212) 983-9330
 Facsimile: (212) 983-9331
 Email: ihuot@faruqilaw.com

**THE SULTZER LAW GROUP PC**

By: */s/ Adam R. Gonnelli*
 Adam R. Gonnelli (admitted *pro hac vice*)
 280 Highway 35, Suite 304
 Red Bank, NJ 07701
 Telephone: (732) 741-4290
 Facsimile: (888) 479-7747
 Email: gonnellia@thesultzerlawgroup.com

**MUSCATO, DiMILLO & VONA, LLP**

By: */s/ P. Andrew Vona*
 P. Andrew Vona
 Brian J. Hutchison
 107 East Avenue
 Lockport, NY 14094
 Telephone: (716) 434-9177
 Facsimile: (716) 434-9196
 Email: pavesq@aol.com
 Email: bjhesq@gmail.com

*Attorneys for Plaintiffs*

2