IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JILLIAN IZZIO, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| § | CIVIL ACTION NO. 3:14-cv-03194-M |
| v. § | |
| § | |
| § | |
| CENTURY GOLF PARTNERS § | |
| MANAGEMENT, L.P., § | |
| § | |
| Defendant. § | |

# ORDER

Before the Court is Plaintiffs' Motion for Certification of the Settlement Classes, Approval of the Enhanced Settlement, and Award of Attorneys' Fees and Expenses ("Motion") [ECF No. 109].

On October 20, 2015, the Court entered a Preliminary Order of Approval, preliminarily approving a proposed Settlement Agreement and authorizing Plaintiffs to send notice to two Settlement Classes: (i) the State Law Class pursuant to Rule 23 of the Federal Rules of Civil Procedure, consisting of all individuals who worked in a Covered Position for Defendant at some point during the period from August 20, 2007 through and including March 5, 2015; and (ii) the Fair Labor Standards Act ("FLSA") Class pursuant to Section 216(b) of the FLSA, consisting of all individuals who worked in a Covered Position for Defendant at some point during the period from September 5, 2011 through and including March 5, 2015.  (Order, ECF. No. 37 ¶¶ 1–6).

In the Motion, Plaintiffs state that they have reached an Enhanced Settlement, which includes the Settlement Agreement and an addendum.  The addendum states that Defendant has

agreed to pay an additional $225,000 to Plaintiffs, and Plaintiffs' counsel have reduced their request for attorneys' fees from 33% to 25%. (Mot. at 7, 36). The Court finds that notice of this Enhanced Settlement must be sent to those members of the State Law Class who originally opted out of the class action, and to members of the FLSA Class who did not originally opt into the class action.

Accordingly,

IT IS ORDERED that the parties shall submit to the Court for approval a proposed notice of the Enhanced Settlement on or before **June 8, 2018**.

**SO ORDERED.**

May 21, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE