IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JILLIAN IZZIO, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-cv-03194-M |
| | § | |
| CENTURY GOLF PARTNERS MANAGEMENT, L.P., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Extension [ECF No. 116]. The Motion is **GRANTED**. The deadline for Plaintiffs to reply to Objectors' Opposition to Motion for Certification of the Settlement Classes, Approval of the Enhanced Settlement, and Award of Attorneys' Fees and Expenses is extended up to and including June 12, 2018.

**SO ORDERED.**

June 4, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE