IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JILLIAN IZZIO, et al., | § § § | |
| Plaintiffs, | § § § | |
| v. | § § § § | Civil Action No. 3:14-cv-03194-M |
| CENTURY GOLF PARTNERS MANAGEMENT, L.P., | § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the Motion for Certification of the Settlement Classes, Approval of the Enhanced Settlement, and Award of Attorney Fees and Expenses [ECF No. 109]. A hearing on the Motion is **SET** for **Monday, August 6, 2018 at 9:00 a.m.** The parties and objectors should convene in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas.

**SO ORDERED.**

June 26, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE