UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JILLIAN IZZIO and HEATHER ZOELLER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br> v.<br><br>CENTURY GOLF PARTNERS MANAGEMENT, L.P.,<br><br>      Defendant. | Case No.: 3:14-cv-03194-M |

**PLAINTIFFS' MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE ENHANCED SETTLEMENT, AND AWARD OF ATTORNEYS' FEES AND COSTS**

TO: THE HONORABLE BARBARA M. G. LYNN,
   UNITED STATES DISTRICT JUDGE

  Plaintiffs Jillian Izzio, Heather Zoeller, Kara Ashby, Diane Gulla, Daniel Howard, Derik Kane, Michael Overdorf, and Sara Owczarzak respectfully request that the Court issue an Order: (i) certifying the Settlement Class; (ii) granting final approval of the proposed Enhanced Settlement; (iii) approving the proposed Service Awards; and (iv) granting final approval to their request for an award of reasonable attorneys' fees, costs, and expenses.

Dated: January 24, 2019    Respectfully submitted,

              **LAW OFFICES OF KENNETH M. STILLMAN**

              By: */s/ Kenneth M. Stillman*
                 Kenneth M. Stillman
                 11300 North Central Expressway, Suite 408
                 Dallas, Texas 75243
                 Telephone: (214) 522-0633
                 Telecopier: (214) 526-0849
                 Email: kstill53@gmail.com
                 Texas Bar No.: 19240500

**FARUQI & FARUQI, LLP**

By: */s/ Innessa M. Huot*
Innessa Melamed Huot (admitted *pro hac vice*)
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: ihuot@faruqilaw.com

**THE SULTZER LAW GROUP PC**
Adam R. Gonnelli (admitted *pro hac vice*)
280 Highway 35, Suite 304
Red Bank, NJ 07701
Telephone: (732) 741-4290
Facsimile: (888) 479-7747
Email: gonnellia@thesultzerlawgroup.com

**MUSCATO, DiMILLO & VONA, LLP**
P. Andrew Vona
Brian J. Hutchison
107 East Avenue
Lockport, NY 14094
Telephone: (716) 434-9177
Facsimile: (716) 434-9196
Email: pavesq@aol.com

*Attorneys for Plaintiffs and the Conditionally Certified Settlement Class*