# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JILLIAN IZZIO and HEATHER ZOELLER, on behalf of themselves and all others similarly situated,<br><br>      *Plaintiffs,*<br><br>  v.<br><br>CENTURY PARTNERS GOLF MANAGEMENT, L.P.,<br><br>      *Defendant.* | Case No. 14-cv-03194-M<br><br>Consolidated with<br>No. 3:15-CV-0861-M |

## OBJECTORS' MOTION FOR SERVICE AWARDS AND AN AWARD OF ATTORNEYS' FEES AND EXPENSES

TO: THE HONORABLE BARBARA M. G. LYNN,
   UNITED STATES DISTRICT JUDGE

Objectors Anthony Metzger and Jillian Brana respectfully request that the Court issue an Order (i) granting Objectors service awards; and (ii) granting Objectors an award of their attorneys' fees and costs.

Dated:  February 27, 2019  Respectfully Submitted,

            s/ Annette M. Gifford
            **J. NELSON THOMAS, ESQ.**, *Admitted Pro Hac Vice*
            New York State Bar No. 2579159
            **ANNETTE M. GIFFORD, ESQ.**, *Admitted Pro Hac Vice*
            New York State Bar No. 4105870
            **THOMAS & SOLOMON LLP**
            693 East Avenue
            Rochester, New York 14607
            Tel:  (585) 272-0540
            Fax:  (585) 272-0574

nthomas@theemploymentattorneys.com
agifford@theemploymentattorneys.com

**J. DEREK BRAZIEL, ESQ.**
State Bar No. 00793380
**LEE & BRAZIEL, L.L.P.**
1801 N. Lamar Street, Suite 325
Dallas, Texas  75202
Tel:  (214) 749-1400
Fax:  (214) 749-1010
www.overtimelawyer.com

Attorneys for Objectors Metzger and Brana

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that on February 27, 2019, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.

                                      /s/ Annette M. Gifford
                                      **Annette M. Gifford**